# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 JUL 27  PM 12: 20

IN RE:                              ) CHAPTER 13          DISTRICT

**WILLIAM K. & TRICIA A. PARKS**    ) **CASE NO.** ~~10-20878ASD~~   09.51913

### PAYMENT OF UNCLAIMED FUNDS TO CLERK          $15.84

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T.**   # 274183
**Whiton,** hereby submits a check from the above captioned case undistributed funds
unclaimed by the following:

Check #              409260                    $15.84

**Primed GI Health Specialists**
**P.O. Box 33760**
**Hartford  CT  06150**

#### OVER 90 DAYS AND REISSUED 2X  & FOE

Dated at Hartford, Connecticut this            day of            , 2011.

_____/s/_____

Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:  6 DOGWOOD LANE P.O.BOX 178 MONROE CT 06468**
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:** pletterbk@gmail.com

_____/s/_____

Molly T. Whiton, Chapter 13 Standing Trustee